UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BARTLOW,<br><br>   Plaintiff,<br><br> vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. 4:03-cv-00328-SBA<br><br>ORDER |

  Upon agreement of the parties, and good cause appearing, IT IS HEREBY ORDERED that this action be reopened for the purpose of dismissal with prejudice, each party to bear its own fees, costs, and expenses.

Dated: ___8/12/11         *Saundra B. Armstrong*
                HON. SAUNDRA BROWN ARMSTRONG
                United States District Judge